167 A.3d 651

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER, v. JARON D. REEVEY (A/K/A JONATHAN LEE, AND JARONE REEVEY), DEFENDANT–RESPONDENT.

May 5, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005882–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.